

## Driver License Record
Retrieved On: Tue May 31, 2022 08:21:52 AM EDT

| | | | |
|---|---|---|---|
| **Name:** | ARTHUR JAMES MILLER III | **DL#:** | ▉3210 |
| | | **Status:** | VALID |
| **Address:** | ** LAW ENFORCEMENT ** | **Issue Date:** | 08/22/2016 |
| | , | **Expires:** | 09/01/2025 |
| **DOB:** | ▉/1973 | **DL Type:** | E-CLASS E |
| **Sex:** | M | | |
| | | **Mail Supression?** | Yes |
| **Race:** | B | **Address Non-Disclosure?** | Yes |
| **Height:** | 5-11 | **Law Enforcement** | Yes |
| | | **Sexual Predator?** | No |
| | | **Organ Donor?** | Yes |

**Motorcycle Status:** NOT AUTHORIZED
**Restrictions:** [CORRECTIVE LENSES]

(DPPA 8) Public Investigator or licensed security service use subject to DPPA additional restrictions

This information is provided by the Florida Department of Highway Safety and Motor Vehicles (DHSMV). Auto Data Direct, Inc. is an authorized provider of real-time Florida motor vehicle and driver license data. Auto Data Direct, Inc. is not responsible for the unauthorized use of the information provided from the DHSMV database.

This Motor Vehicle Record is extracted directly from the State or Jurisdiction's official Motor Vehicle Records database, in real time. The authenticity of these records may be authenticated in real time using the ADD on-line authorization system.

Personal information (including, but not limited to: name, address, date of birth, DL number) appearing on driver and vehicle records is protected by Florida Statute 119.0712(2). The use of personal information for reasons not allowed by F.S. 119.0712(2) will result in loss of information access privileges and may result in legal action.

Any person who knowingly discloses any information in violation of the Driver Privacy Protection Act (DPPA) may be subject to criminal sanctions and civil liability specified in State law for unauthorized use of the data.

Exhibit C