THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR MILLER,

    Plaintiff,

vs.

SAMUEL KAUFMAN,

    Defendant.
_____/

## AFFIDAVIT OF SAMUEL KAUFMAN IN SUPPORT OF NOTICE OF REMOVAL

BEFORE ME, the undersigned authority this day personally appeared the Affiant, Samuel Kaufman, who, having been duly sworn, deposes and says:

1. I am over the age of eighteen, I am *sui juris*, and I have personal knowledge of the matters contained herein.

2. At all times mentioned in the Amended Complaint and currently, I am domiciled in the State of Virginia and am a citizen of the State of Virginia.

FURTHER AFFIANT SAYETH NOT.

_____
Samuel Kaufman

Exhibit D

STATE OF VIRGINIA

COUNTY OF CHESTERFIELD

The foregoing instrument was acknowledged before me this 27th day of May, 2022, by Samuel Kaufman who is personally known to me or who has produced his driver's license as identification.

*Suzanne Patrick Drake*
Signature of Notary Public

My Commission Expires:

SUZANNE PATRICK DRAKE
NOTARY PUBLIC
REGISTRATION # 329715
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2022

Exhibit D