File No.

# DENNIS HERNANDEZ
### & Associates, PA

| Tampa Office | Harvard Law Graduate | Office Locations |
|---|---|---|
| 3339 West Kennedy Blvd. | | Tampa, FL |
| Tampa, FL 33609 | | Sarasota, FL |
| Tel. (813) 250-0000 | | St. Petersburg, FL |
| Fax (813) 258-4567 | Attorneys At Law | Orlando, FL |
| | | Lakeland, FL |



January 4, 2022

**VIA FACSIMILE (877) 266-1419**
**and CERTIFIED MAIL # 7019 1120 0001 8046 0899**
Attention: Katherine Bradigan
Travelers Insurance Company
P.O. Box 430
Buffalo, NY 14240-0430

    Re:    Our Client(s):    Arthur Miller
             Your Insured:    Samuel Kaufman
             Claim No.:       IK10569
             Date of Accident:  December 31, 2020

Dear Ms. Bradigan:

    As you are aware, we represent Arthur Miller regarding personal injuries sustained in the above-referenced motor vehicle crash caused by the negligence of tortfeasor, Samuel Kaufman, the driver of the vehicle insured under your policy. We have attached medical bills and records for your convenience which clearly show that our client sustained permanent injuries causally related to the crash. These materials are presented as a good faith effort to amicably resolve this claim without further exposure to your insured and the costs associated therewith. We respectfully request that your company tender the maximum policy limits available under this policy.

### LIABILITY

    On December 31, 2020, our client, Arthur Miller, was the properly restrained driver traveling west bound in the turn lane to turn south onto I75 to Naples. However, your insured, Samuel Kaufman, negligently rear-ended our client's vehicle. He further admitted that he was confused with the road signs and didn't observe the entrance. Liability is exceedingly clear.

### DAMAGES

    Immediately following the crash, Arthur Miller had pain in his back, shoulder, neck and anxiety. The following day, his condition continued to deteriorate requiring him to present to Lee Memorial Health System for an evaluation and treatment.

    Mr. Miller was still experiencing pain therefore, he presented to Gindele Family Chiropractic. Dr. Breana Badger diagnosed Arthur Miller with sprain on ligaments of thoracic spine, strain of back wall of thorax, pain in thoracic spine, sprain of lumbar ligaments, strain of lower back, sprain of sacroiliac joint, strain of pelvis, low back pain, sciatica, pain in left shoulder and muscle spasm of back. Provided the nature and severity of Arthur Miller's injuries, Dr. Kagan

Exhibit E

ordered an MRI of his cervical and lumbar spine. Arthur Miller presented to Aria Cape Coral for radiological imaging studies.

The February 8, 2021 lumbar MRI reveals:
- There is a disc bulge at L1-2.
- There is disc bulging at L3-4.
- There is disc bulging at L4-5.

The April 14, 2021 shoulder MRI reveals:
- Full-thickness supraspinatus tear with retraction but no atrophy.

After treating with Dr. Badger for these injuries and not obtaining any meaningful relief, Arthur Miller was referred to Dr. John Kagan of Athletic Orthopedics and Reconstructive Center specializing in orthopedic surgery. Arthur Miller presented to Dr. Kagan and continued to complain of, among other things, back, neck and shoulder pain. **Dr. Kagan diagnosed Arthur Miller with shoulder pain, disorders of bursae and tendons in the shoulder region, and full thickness tear of rotator cuff. Dr. Kagan further recommended cortisone injections, and arthroscopy with possible anterior acromioplasty and possible distal clavicle excision.**

Further, Mr. Miller presented to Specific Care Chiropractic for further diagnosis and treatment. Dr. Jeffrey Peck diagnosed Mr. Miller with: neuralgia and neuritis, sprain of cervical ligaments, sprain of other parts of lumbar, abnormal posture, other kyphosis, cervical region, segmental and somatic dysfunction of cervical region, segmental and somatic dysfunction of lumbar region, segmental and somatic dysfunction of thoracic region, segmental and somatic dysfunction of sacral region, segmental and somatic dysfunction of pelvic region, segmental and somatic dysfunction of upper extremity.

### MEDICAL BILLS

As a result of receiving medical treatment for his injuries, Arthur Miller incurred substantial medical bills. It is reasonable to assume that additional visits will be required to control exacerbations and that the sequelae of the injuries will increase over time.

### EFFECTS ON ACTIVITIES OF DAILY LIVING

Our client, Arthur Miller, was in excellent health prior to this accident. Therefore, your insured is 100% responsible for causing his injuries. Although the injuries from this accident have detrimentally affected numerous aspects of our client's life, we have chosen not to generate an all-encompassing list of these adverse effects. Of course, many of the lifestyle changes are documented in the attached medical records. As you know, the impact of these changes will be fully developed through depositions and live trial testimony in the event suit is filed.

**Given the nature and severity of Mr. Miller's injuries, we ask that you provide us with your best offer for her claim within 30 days of the date of this demand.**

Sincerely,

Brittany Varrichio, Esquire
Dennis Hernandez & Associates, P.A.

Exhibit E

File No.

# DENNIS HERNANDEZ
### & Associates, PA

**Tampa Office**
3339 West Kennedy Blvd.
Tampa, FL 33609
Tel. (813) 250-0000
Fax (813) 258-4567

**Harvard Law Graduate**

**Attorneys At Law**

**Office Locations**
Tampa, FL
Sarasota, FL
St. Petersburg, FL
Orlando, FL
Lakeland, FL

March 9, 2022

**VIA FACSIMILE (877) 266-1419**
**and CERTIFIED MAIL # 7019 1120 0001 8050 7297**
Attention: Katherine Bradigan
Travelers Insurance Company
P.O. Box 430
Buffalo, NY 14240-0430

Re: Our Client(s): Arthur Miller
    Your Insured: Samuel Kaufman
    Claim No.: IK10569
    Date of Accident: December 31, 2020

Dear Ms. Bradigan:

    As you are aware, we represent Arthur Miller regarding personal injuries sustained in the above-referenced motor vehicle crash caused by the negligence of tortfeasor, Samuel Kaufman, the driver of the vehicle insured under your policy. We have attached medical bills and records for your convenience which clearly show that our client sustained permanent injuries causally related to the crash. These materials are presented as a good faith effort to amicably resolvé this claim without further exposure to your insured and the costs associated therewith. We respectfully request that your company tender the maximum policy limits available under this policy.

    To supplement our previous demand, please find attached additional medical records and bills. Due to his severe pain and lack of relief from conservative care, Mr. Miller presented to orthopedic surgeon, Dr. John Kagan of Cape Coral Surgery Center. Upon evaluation, Dr. John C. Kagan diagnosed Mr. Miller with, among other things, **full-thickness rotator cuff tear, tendinosis, proximal extra-articular biceps tendon, blunting of the posterior laburm, acromioclavicular arthritis and type 3 acromion and impingement, and a type 2 superior labrum anterior and posterior tear, not detaching bicep anchor.**

    On January 25, 2022, Mr. Miller underwent several procedures, including, **a left shoulder arthroscopy with arthroscopic debridement of posterior labral tear and superior labral tear; arthroscopic subacromial decompression, which includes anterior acromioplasty, CA ligament release; arthroscopic excision of distal 1 cm of clavicle (separate anterior incision); and open repair of large rotator cuff tear, five anchors two rows.**

Exhibit E

We have attached medical bills and records for your convenience which clearly show that our client sustained permanent injuries causally related to the crash. These materials are presented as a good faith effort to amicably resolve this claim without further exposure to your insured and the costs associated therewith. We respectfully request that your company tender the maximum policy limits available under this policy.

### EFFECTS ON ACTIVITIES OF DAILY LIVING

Our client, Arthur Miller, was in excellent health prior to this accident. Therefore, your insured is 100% responsible for causing his injuries. Although the injuries from this accident have detrimentally affected numerous aspects of our client's life, we have chosen not to generate an all-encompassing list of these adverse effects. Of course, many of the lifestyle changes are documented in the attached medical records. As you know, the impact of these changes will be fully developed through depositions and live trial testimony in the event suit is filed.

Given the nature and severity of Mr. Miller's injuries, we ask that you provide us with your best offer for her claim within 30 days of the date of this demand.

Sincerely,

Brittany Varrichio, Esquire
Dennis Hernandez & Associates

Exhibit E