**405 - Cape Coral Surgery Center**
2721 Del Prado Blvd South, Ste 100
Cape Coral, FL 33904-5782
Phone: 239-242-8010

**Visit Charge Detail**

Date of Service: 1/25/2022

Date: February 2, 2022

Patient: MILLER III, ARTHUR (63790 - 1)

Account Title: MILLER III, ARTHUR (63790)

**Visit Information**
Procedure(s): (Left) LEFT SHOULDER ARTHROSCOPY WITH POSSIBLE SUBACROMIAL POST OP PAIN INJECTION
Performing Physician(s): KAGAN, JOHN C, Garro, John

**Charge Information**

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 23412 | 23412 | REPAIR OF RUPTURED | LT | | $17,485.00 |
| 29824 | 29824 | ARTHROSCOPY, SHOULDER, SURGICAL; | LT | | $13,570.00 |
| 29826 | 29826 | ARTHROSCOPY, SHOULDER, SURGICAL; | LT | | $16,153.00 |
| 29822 | 29822 | ARTHROSCOPY, SHOULDER, SURGICAL; | 59 LT | | $13,570.00 |
| 64415 | 64415 | INJECTION, ANESTHETIC AGENT; BRACHIAL | 59 LT | | $920.00 |
| 99070 | 99070 | SUPPLIES AND MATERIALS (EXCEPT | IM | | $2,097.75 |
| 99070 | 99070 | SUPPLIES AND MATERIALS (EXCEPT | DI | | $333.60 |
| Diagnosis Codes: | | S46.012A, M19.012, M75.42, S43.432A, M75.22, M25.562, G89.18 | | Total Billed Charges: | $64,129.35 |

**Transaction History**

| Tx Date | Description | Tx Amt | Running Balance |
|---|---|---|---|
| 1/27/2022 | 1 - Primary Billing | $64,129.35 | $64,129.35 |
| 1/27/2022 | 3 - Ins Contractual W/O | $0.00 | $64,129.35 |
| | | Balance Due: | $64,129.35 |

Exhibit F

2021-12-30 12:45          Dr. Kagan 2399361833 >>                    P 3/8

```
KAGAN JUGAN & ASSOC PA
3210 CLEVELAND AVENUE STE 100
FORT MYERS FL 33901-7182
239/936-6778
```

PATIENT LEDGER

DATE: 12/30/2021                         ACCT / PTYPE: 1149056 / AUTO/ACCID

                                         PATIENT NAME: MILLER, ARTHUR

GUARANTOR INFO:

                                                    BALANCE NOW DUE  $  169.75

| SVC DATE | SERVICE PERFORMED | CHARGE | INS PD | ADJUST | PAT PD | ON ACCT | BALANCE | DT PT RESP |
|---|---|---|---|---|---|---|---|---|
| 01/29/21 | OFFICE OR OTHER O | 375.00 | 280.28 | 25.08 | .00 | .00 | 69.64 | 03/11/21 |
| 01/29/21 | RADIOLOGIC EXAMIN | 160.00 | 63.03 | 81.22 | .00 | .00 | 15.75 | 03/11/21 |
| 01/29/21 | RADIOLOGIC EXAMIN | 160.00 | 54.91 | 91.36 | .00 | .00 | 13.73 | 03/11/21 |
| 03/04/21 | MEDICAL RECORDS | 7.00 | .00 | .00 | 7.00 | .00 | .00 | 03/04/21 |
| 04/20/21 | OFFICE OR OTHER O | 275.00 | 218.57 | 2.25 | .00 | .00 | 54.18 | 06/21/21 |
| 04/20/21 | RADIOLOGIC EXAMIN | 160.00 | 65.77 | 77.78 | .00 | .00 | 16.45 | 06/21/21 |
| 12/20/21 | OFFICE OR OTHER O | 275.00 | .00 | .00 | .00 | .00 | 275.00 | |

```
          TOTAL CHARGES.............................$ 1412.00
          INSURANCE PAYMENTS.............$  682.56
          ADJUSTMENTS....................$  277.69
          PATIENT PAYMENTS (APPLIED).....$    7.00
          ON ACCT PAYMENTS (UNAPPLIED)...$     .00
          ACCOUNT BALANCE...........................$  444.75
          TOTAL PENDING INSURANCE........$  275.00
          PATIENT BALANCE NOW DUE...................$  169.75
```

| Last Paid | Current | 30 Days | PAST DUE AMOUNTS 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|---|
| 06/21/21 | .00 | .00 | .00 | .00 | .00 |

Exhibit F

**404 - Cape Coral Anesthesia**
2721 Del Prado Boulevard South, Suite 100
Cape Coral, FL 33904-5781
Phone: 239-242-8010

Service Location: Cape Coral Surgery Center

**Visit Charge Detail**

Date: March 7, 2022

Date of Service: 1/25/2022
Account Title: MILLER III, ARTHUR  (3063)

Patient: MILLER III, ARTHUR  (3063 - 1)

**Visit Information**
Procedure: LEFT SHOULDER ARTHROSCOPY WITH POSSIBLE SUBACROMIAL DECOMPRESSION POSSIBLE DISTAL CLAVICLE EXCISION POSSIBLE ROTATOR CUFF REPAIR POSSIBLE BICEPS TENODESIS POSSIBLE LABRAL DEBRIDEMENT VERSUS REPAIR
Provider(s): Garro, John ; Neely, Darryl

**Charge Information**

| CPT Code(s) | Charge Description | Modifiers | Units | Anes. Minutes | Billed Amt |
|---|---|---|---|---|---|
| 2-Garro John  (Anesthesiologist) | | | | | |
| 64415 | NJX AA&/STRD BRACH PLEXUS | 59 LT | 1 | 0 | $1,041.15 |
| 76942 | Ultrasonic guidance for needle placement (eg, | 26 59 | 1 | 0 | $480.00 |
| 5-Neely Darryl  (CRNA) | | | | | |
| 01610 | ANESTH SURGERY OF SHOULDER | QZ | 12 | 109 | $2,952.00 |
| Diagnosis Codes:  S46.012A, G89.18 | | | | | $4,473.15 |

**Transaction History**

| Tx Date | Description | Tx Amt | Running Balance |
|---|---|---|---|
| 1/27/2022 | 1 - Primary Anesthesia Billing | $1,521.15 | $1,521.15 |
| 1/27/2022 | 3 - Ins Contractual W/O | $0.00 | $1,521.15 |
| 1/27/2022 | 1 - Primary Anesthesia Billing | $2,952.00 | $4,473.15 |
| 1/27/2022 | 3 - Ins Contractual W/O | ($1,342.00) | $3,131.15 |
| 2/2/2022 | 1 - Primary Anesthesia Billing(Reversal) | ($2,952.00) | $179.15 |
| 2/2/2022 | 3 - Ins Contractual W/O(Reversal) | $1,342.00 | $1,521.15 |
| 1/27/2022 | 1 - Primary Anesthesia Billing | $2,952.00 | $4,473.15 |
| 1/27/2022 | 3 - Ins Contractual W/O | $0.00 | $4,473.15 |
| | Balance Due: | | $4,473.15 |

Exhibit F

ADVANCED RADIOLOGY IMAGING ASSOCIATES LLC    FOR BILLING QUESTIONS
PMB 239                                       CALL MON - FRI 10-5PM
13300 56 S CLEVELAND AVE                      866-470-7923
FORT MYERS, FL 33907-3871

PLEASE PROVIDE ADDT'L INSURANCE INFO OR REMIT PYMT

ARTHUR J MILLER                               AMOUNT DUE NOW> 209.56

                                              INSURANCE PENDING> 0.00

                                              PATIENT AMOUNT DUE> 209.56

PATIENT NAME:   ARTHUR J MILLER
                                              ACCOUNT NUMBER:   M14509
                                                        DATE:   7/19/2021

DATE      DOCTOR       DESCRIPTION          CODE      CHARGE      PAID      BAL DUE

===========================================================================

02/08/21  SHAH MD SA   Magnetic resonance e 72148     2275.00
0.00
   04/16/21           Payment-PROGRESSIVE                        -912.74
   04/16/21           Adjusted-PROGRESSIVE                       -1,134.
   07/02/21           Payment-PATIENT PYMT                        -228.18
04/14/21  SHAH MD SA   Magnetic resonance e 73221     2194.00
209.56
   06/25/21           Payment-PROGRESSIVE                        -838.22
   06/25/21           Payment-PROGRESSIVE                          -4.36
   06/25/21           Adjusted-PROGRESSIVE                       -1,146.
   06/25/21           Return-PROGRESSIVE D                          4.36

PAGE 49/168 * RCVD AT 1/4/2022 1:17:45 PM [Eastern Standard Time] * SVR: * DNIS:3106 * CSID: * ANI:8136446002 * DURATION (mm-ss):55-27

Exhibit F

**Specific Care Chiropractic**
3020 Lee Blvd Suite 11
Lehigh Acres Fl 33971 2438

Phone: 239-369-1600   Fax: 239-369-6402

## Charge Details

**Miller, Arthur**

Cell:
Home:

Account: 31486-PI/PR

| Date | Code | Description | Amount | Allowed | Ins Resp | Pri Paid | Sec Paid | Ins Owes | Write Off | Disp | Pat Resp | Pat Paid | Pat Owes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/08/21 | 99203 | 99203-NP Detailed | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 |
| 12/08/21 | 72052 | 72052 Cervical complete, AP/Lat., Obliques, Flexion & Extension | $225.00 | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $225.00 | $0.00 | $225.00 |
| 12/08/21 | 72100 | 72100 Lumbosacral - AP/Lat. | $90.00 | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $0.00 | $90.00 |
| 12/08/21 | 73030 | 73030 Bilateral View | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | $45.00 |
| 12/08/21 | 98941 | 98941-Manipulation 3-4 Regions | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | $0.00 | $75.00 |
| 12/08/21 | 99070 | 99070 CryoDerm | $15.00 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $15.00 |
| 12/08/21 | A9273 | A9273 Hot/cold botle/cap/cd/wrap | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 | $0.00 | $40.00 |

**Report Grand Totals**

| | | | $790.00 | $790.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $790.00 | $0.00 | $790.00 |

Printed: Tuesday, December 21, 2021 10:32:26

Page 1 Of 1

Exhibit F

**GINDELE FAMILY CHIROPRACTIC**
7950 DANI DRIVE, SUITE 310
FORT MYERS, FL 33966-8005
Phone: (239) 936-5545   Fax: (239) 206-4880

## Charge Details

Miller, Arthur

Cell:
Home:

Account: 13156-PIP

| Date | Code | Description | Amount | Allowed | Ins Resp | Pri Paid | Sec Paid | Ins Owes | Write Off | Disp | Tax | Pat Resp | Pat Paid | Disc | Pat Owes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/21 | 99204 | NP Comprehensive/Moderate Complexity | $275.00 | $236.62 | $190.79 | $190.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84.21 | $28.00 | $0.00 | $56.21 |
| 01/21/21 | 98941 | Manipulation 3-4 Regions | $75.00 | $75.00 | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 01/21/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 01/21/21 | 97530 | Therapeutic Activities | $50.00 | $50.00 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| 01/29/21 | 98941 | Manipulation 3-4 Regions | $75.00 | $75.00 | $60.51 | $60.51 | $0.00 | $0.00 | ($0.51) | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 01/29/21 | 97530 | Therapeutic Activities | $50.00 | $50.00 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| 01/29/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 02/03/21 | 98941 | Manipulation 3-4 Regions | $75.00 | $75.00 | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 02/03/21 | 97530 | Therapeutic Activities | $50.00 | $50.00 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| 02/03/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 02/04/21 | 98941 | Manipulation 3-4 Regions | $75.00 | $75.00 | $60.62 | $60.62 | $0.00 | $0.00 | ($0.62) | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |
| 02/04/21 | 97530 | Therapeutic Activities | $50.00 | $50.00 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| 02/04/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 02/04/21 | 97014 | Muscle Stimulation | $25.00 | $25.00 | $17.92 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.08 | $0.00 | $0.00 | $7.08 |
| 02/04/21 | 97010 | Hot/cold | $10.00 | $10.00 | $8.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $2.00 |
| 02/08/21 | REC REQUES | COPY MEDICAL RECORDS | $28.00 | $28.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.00 | $0.00 | $0.00 | $28.00 |
| 03/31/21 | 99213 | EP Expanded | $150.00 | $150.00 | $121.24 | $121.24 | $0.00 | $0.00 | ($1.24) | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $30.00 |
| 03/31/21 | 98941 | Manipulation 3-4 Regions | $85.00 | $81.58 | $65.26 | $65.26 | $0.00 | $0.00 | $3.42 | $0.00 | $0.00 | $16.32 | $0.00 | $0.00 | $16.32 |

Printed: Tuesday, July 27, 2021 1:50:42 PM

Page 1 Of 3

Exhibit F

**GINDELE FAMILY CHIROPRACTIC**
7950 DANI DRIVE, SUITE 310
FORT MYERS, FL 33966-8005
Phone: (239) 936-5545  Fax: (239) 206-4880

## Charge Details

Miller, Arthur

Cell:
Home:

Account: 13156-PIP

| Date | Code | Description | Amount | Allowed | Ins Resp | Pri Paid | Sec Paid | Ins Owes | Write Off | Disp | Tax | Pat Resp | Pat Paid | Disc | Pat Owes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/21 | 97530 | Therapeutic Activities | $85.00 | $80.10 | $64.08 | $64.08 | $0.00 | $0.00 | $4.90 | $0.00 | $0.00 | $16.02 | $0.00 | $0.00 | $16.02 |
| 03/31/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 03/31/21 | 97014 | Muscle Stimulation | $30.00 | $22.40 | $17.92 | $17.92 | $0.00 | $0.00 | $2.86 | $0.00 | $0.00 | $9.22 | $0.00 | $0.00 | $9.22 |
| 03/31/21 | 97010 | Hot/cold | $10.00 | $10.00 | $8.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $2.00 |
| 04/14/21 | 98941 | Manipulation 3-4 Regions | $85.00 | $81.58 | $65.34 | $65.34 | $0.00 | $0.00 | $2.34 | $0.00 | $0.00 | $16.32 | $0.00 | $0.00 | $16.32 |
| 04/14/21 | 97530 | Therapeutic Activities | $85.00 | $80.10 | $64.08 | $64.08 | $0.00 | $0.00 | $4.90 | $0.00 | $0.00 | $16.02 | $0.00 | $0.00 | $16.02 |
| 04/14/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 04/14/21 | 97014 | Muscle Stimulation | $25.00 | $25.00 | $17.92 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.08 | $0.00 | $0.00 | $7.08 |
| 04/14/21 | 97010 | Hot/cold | $10.00 | $10.00 | $8.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $2.00 |
| 04/20/21 | 98941 | Manipulation 3-4 Regions | $85.00 | $81.58 | $65.50 | $65.50 | $0.00 | $0.00 | $3.42 | $0.00 | $0.00 | $16.08 | $0.00 | $0.00 | $16.08 |
| 04/20/21 | 97530 | Therapeutic Activities | $85.00 | $80.10 | $64.08 | $64.08 | $0.00 | $0.00 | $4.90 | $0.00 | $0.00 | $16.02 | $0.00 | $0.00 | $16.02 |
| 04/20/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 04/20/21 | 97014 | Muscle Stimulation | $25.00 | $25.00 | $18.74 | $18.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.26 | $0.00 | $0.00 | $6.26 |
| 04/20/21 | 97010 | Hot/cold | $10.00 | $10.00 | $8.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $2.00 |
| 04/28/21 | 98941 | Manipulation 3-4 Regions | $85.00 | $81.58 | $66.21 | $66.21 | $0.00 | $0.00 | $2.47 | $0.00 | $0.00 | $16.32 | $0.00 | $0.00 | $16.32 |
| 04/28/21 | 97530 | Therapeutic Activities | $85.00 | $80.10 | $64.08 | $64.08 | $0.00 | $0.00 | $4.90 | $0.00 | $0.00 | $16.02 | $0.00 | $0.00 | $16.02 |
| 04/28/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 05/03/21 | 98941 | Manipulation 3-4 Regions | $85.00 | $81.58 | $66.21 | $66.21 | $0.00 | $0.00 | $2.47 | $0.00 | $0.00 | $16.32 | $0.00 | $0.00 | $16.32 |
| 05/03/21 | 97530 | Therapeutic Activities | $85.00 | $80.10 | $64.08 | $64.08 | $0.00 | $0.00 | $4.90 | $0.00 | $0.00 | $16.02 | $0.00 | $0.00 | $16.02 |

Printed: Tuesday, July 27, 2021 1:50:44 PM                                          Page 2 Of 3

Exhibit F

**GINDELE FAMILY CHIROPRACTIC**
7950 DANI DRIVE, SUITE 310
FORT MYERS, FL 33966-8005
Phone: (239) 936-5545  Fax: (239) 206-4880

## Charge Details

Miller, Arthur

Cell:
Home:

Account: 13156-PIP

| Date | Code | Description | Amount | Allowed | Ins Resp | Pri Paid | Sec Paid | Ins Owes | Write Off | Disp | Tax | Pat Resp | Pat Paid | Disc | Pat Owes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/21 | 98943 | Manipulation Extra-spinal | $45.00 | $32.00 | $25.60 | $25.60 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $6.40 | $0.00 | $0.00 | $6.40 |
| 05/03/21 | 97014 | Muscle Stimulation | $25.00 | $25.00 | $17.92 | $17.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.08 | $0.00 | $0.00 | $7.08 |
| 05/03/21 | 97010 | Hot/cold | $10.00 | $10.00 | $8.00 | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $2.00 |
| 07/12/21 | REC REQUES | COPY MEDICAL RECORDS | $15.00 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |

**Report Grand Totals**

| | | | $2,403.00 | $2,198.42 | $1,723.90 | $1,723.90 | $0.00 | $0.00 | $156.11 | $0.00 | $0.00 | $522.99 | $28.00 | $0.00 | $494.99 |

Printed: Tuesday, July 27, 2021 1:50:44 PM

Page 3 Of 3

Exhibit F

**ARTHUR MILLER**

                                                                    Guarantor Number:   102650
                                                                      Date of Detail Bill:   2/9/2021

**LMHS**
Lee Memorial Health System
PO Box 150107
Cape Coral, FL 33915
(239) 424-1500
                                                                     Guarantor Name: Arthur Miller
                                                                     Guarantor ID: 102650

**Summary of Account**

**AUTO PIP Visit to Lee Convenient Care at Page Field** (Acct #93367136)
January 01, 2021
**Account Balance: $703.00**

Charges
Charges for visit with **Lagodzinski, Alex L, APRN**

| Svc Date | Code | Description | Qty | Amount |
|---|---|---|---|---|
| 01/01/21 | 72040 | X-ray Cerv Spine 2 Vw | 1 | 134.00 |
| 01/01/21 | 72100 | X-RAY LUMBAR SPINE 2 VW | 1 | 134.00 |
| 01/01/21 | 99204 | Office/outpt Visit,new,levl Iv | 1 | 435.00 |
|  |  | **Total Charges** |  | **703.00** |

**Guarantor Total Balance: $703.00**

Exhibit F