

## Lee County Clerk - Court Records Search

### 22-CA-001874 : Miller, Aurthur Plaintiff vs Kaufman, Samuel Defendant

| | | | |
|---|---|---|---|
| Case Type: | CA Auto Negligence | Date Filed: | 05/03/2022 |
| Location: | Div H | UCN: | 362022CA001874A001CH |
| Judge: | Alane C Laboda | Status: | Filed |
| Citation Number: | CA Auto Negligence | Appear By Date: | |

### Parties

| Name | DOB | Attorney | Atty Phone |
|---|---|---|---|
| Aurthur Miller | | Brittany Varrichio | 813-250-0000 |
| Samuel Kaufman | | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition |
|---|---|---|---|---|

### Docket Events

| Date | Description | Docket Number | Pages |
|---|---|---|---|
| 05/03/2022 | UCR Case Initiation | 1 | |
| 05/03/2022 | Civil Cover Sheet | 2 | 3 |
| 05/03/2022 | Designation of E-Mail Address | 3 | 1 |
| 05/03/2022 | Complaint | 4 | 4 |
| 05/03/2022 | Request for Production | 5 | 5 |
| 05/03/2022 | Notice of Service of Interrogatories | 6 | 1 |
| 05/03/2022 | Summons Submitted for Issuance - New Case<br />Issued | 7 | 2 |
| 05/03/2022 | Standing Order in Circuit Civil Cases | 8 | 2 |
| 05/09/2022 | Amended Complaint | 9 | 4 |
| 05/09/2022 | Designation of E-Mail Address | 10 | 1 |
| 05/09/2022 | Request for Production | 11 | 5 |
| 05/09/2022 | Notice of Service of Interrogatories | 12 | 1 |
| 05/09/2022 | Summons Submitted for Issuance - Existing Case<br />Issued | 13 | 2 |
| 05/23/2022 | Return of Service Served | 14 | 1 |

### Hearings

| Date | Time | Hearing | Location |
|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 05/03/2022 | Charge | Aurthur Miller | 410.00 |

| Date | Description | Payer | Amount |
|---|---|---|---|
| 05/03/2022 | Payment | Aurthur Miller | 410.00 |
| 05/09/2022 | Charge | Aurthur Miller | 10.00 |
| 05/09/2022 | Payment | Aurthur Miller | 10.00 |
| | | Balance Due: | 0.00 |

| Bonds ||||
|---|---|---|---|
| Description | Status Date | Bond Status | Amount |

| Warrants ||||||
|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |