THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR MILLER,

    Plaintiff,

vs.                                        Case No:  2:22-cv-00345

SAMUEL KAUFMAN,

    Defendant.
_____ /

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: SAMUEL KAUFMAN.

Date: June 1, 2022

                                      Respectfully submitted:

                                      */s/ Elizabeth Dehaan*_____
                                      Elizabeth Dehaan, Esquire
                                      Florida Bar No: 105846
                                      BANKER LOPEZ GASSLER P.A.
                                      4415 Metro Parkway, Suite 208
                                      Fort Myers, FL  33916
                                      Email: service-edehaan@bankerlopez.com
                                      Tel No:  (239) 322-1300
                                      Fax No: (239) 322-1310

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically served via the Court's CM/ECF System and by way of USPS, postage prepaid, this 1st day of June 2022, on the following counsel of record identified below:

Brittany Varrichio, Esq.
Dennis Hernandez, Esq.
Dennis Hernandez & Associates, P.A.
3339 West Kennedy Boulevard
Tampa, Florida 33609
Tel No.: (813) 250-0000
litigation@dennishernandez.com
*Counsel for Plaintiff*

*/s/ Elizabeth Dehaan*
Elizabeth Dehaan, Esquire
Florida Bar No: 105846
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL  33916
Tel No:  (239) 322-1300
Fax No: (239) 322-1310
Email: service-edehaan@bankerlopez.com
*Attorneys for Defendant*