THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR MILLER,

     Plaintiff,

vs.                         Case No:  2:22-cv-00345

SAMUEL KAUFMAN,

     Defendant.

_____ /

## NOTICE OF DESIGNATION OF LEAD COUNSEL

     Elizabeth Dehaan, Esq. of Banker Lopez Gassler P.A. hereby files her Notice

of Designation of Lead Counsel for Defendant, SAMUEL KAUFMAN.

     Dated June 1, 2022.

                    Respectfully submitted:

                    */s/ Elizabeth Dehaan*     
                    Elizabeth Dehaan, Esquire
                    Florida Bar No: 105846
                    BANKER LOPEZ GASSLER P.A.
                    4415 Metro Parkway, Suite 208
                    Fort Myers, FL  33916
                    Tel No:  (239) 322-1300
                    Fax No: (239) 322-1310
                    Email: service-edehaan@bankerlopez.com
                    *Attorneys for Defendant*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically served via the Court's CM/ECF System and by way of USPS, postage prepaid, this 1st day of June, 2022, on the following counsel of record identified below:

Brittany Varrichio, Esq.
Dennis Hernandez, Esq.
Dennis Hernandez & Associates, P.A.
3339 West Kennedy Boulevard
Tampa, Florida 33609
Tel No.: (813) 250-0000
litigation@dennishernandez.com
*Counsel for Plaintiff*

/s/ Elizabeth Dehaan
Elizabeth Dehaan, Esquire
Florida Bar No: 105846
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL  33916
Tel No:  (239) 322-1300
Fax No: (239) 322-1310
Email: service-edehaan@bankerlopez.com
*Attorneys for Defendant*