UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR MILLER,

    Plaintiff,

                                      CASE NO.: 2:22-CV-00345-SPC-KCD

v.

SAMUEL KAUFMAN

    Defendant.

_____

**PLAINTIFF'S NOTICE OF MEDIATION CONFERENCE**

    NOTICE is given that the parties agree to the scheduled Mediation of the above-styled cause before Hilary High, Certified Mediator, **via Zoom (link to be provided),** on **February 15, 2023,** beginning at **9:00 a.m.**

                                                  s/ Brittany K. Varrichio
                                                  Dennis Hernandez, Esquire
                                                  Florida Bar Number: 915210
                                                  Brittany K. Varrichio, Esquire
                                                  Florida Bar Number: 104926
                                                  Dennis Hernandez & Associates, P.A.
                                                  3339 West Kennedy Boulevard
                                                  Tampa, Florida 33609
                                                  Telephone: (813)250-0000
                                                  Facsimile:  (813)258-4567
                                                  litigation@dennishernandez.com
                                                  Attorney for Plaintiff

July 14, 2022
cc:  Hilary High, PA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHUR MILLER,

    Plaintiff,

v.                                            CASE NO.: 2:22-CV-00345-SPC-KCD

SAMUEL KAUFMAN

    Defendant.

_____

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 14th day of July, 2022, I electronically served the foregoing Notice of Mediation via the Court's CM/ECF System pursuant to F.R.C.P. Rule 1.080(b), and via the U.S. Postal Service to the following:

Elizabeth Dehaan, Esquire
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL 33916
Tel No: (239) 322-1300
Fax No: (239) 322-1310
Email: service-edehaan@bankerlopez.com
*Attorney for Defendant*

                                                                      s/ Brittany K. Varrichio
                                                                      Dennis Hernandez, Esquire
                                                                      Florida Bar Number: 915210
                                                                      Brittany K. Varrichio, Esquire
                                                                      Florida Bar Number: 104926
                                                                      Dennis Hernandez & Associates, P.A.
                                                                      3339 West Kennedy Boulevard
                                                                      Tampa, Florida 33609
                                                                      Telephone: (813)250-0000
                                                                      Facsimile: (813)258-4567
                                                                      litigation@dennishernandez.com
                                                                      Attorney for Plaintiff